The next case on the calendar is Gutierrez v. Garland. on the calendar is Garland v. Garland.   The next case on the calendar is Gowdy v. Gardland. The next case on the calendar is Gowdy v. Gardland. Next case on the calendar is Garland v. Gardland. Garland v. Gardland Next case